IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY BUTLER, | ) | |
| | ) | Civil Action |
| Plaintiff | ) | No.  2014-cv-03733 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LIEUTENANT CONRAD LAMONT, | ) | |
| Individually, and in His | ) | |
| Official Capacity as a | ) | |
| Corrections Official; | ) | |
| JOHN/JANE DOE GUARDS #1-X, | ) | |
| Individually, and in Their | ) | |
| Official Capacities as | ) | |
| Corrections Officers; | ) | |
| JOHN/JANE DOE Supervisors #1-X, | ) | |
| Individually, and in Their | ) | |
| Official Capacities as | ) | |
| Prison Supervisory Personnel; | ) | |
| TODD BUSKIRK, Individually, and | ) | |
| in His Official Capacity as | ) | |
| Warden of Northampton County | ) | |
| Prison; | ) | |
| ARNOLD MATOS, Individually, and | ) | |
| in His Official Capacity as | ) | |
| Director of Corrections; | ) | |
| JOHN STOFFA, Individually, and | ) | |
| in His Official Capacity as | ) | |
| County Executive; and | ) | |
| THE COUNTY OF NORTHAMPTON, | ) | |
| | ) | |
| Defendants | ) | |

O R D E R

NOW, this 8th day of January, 2016, upon consideration

of the following documents:

       (1)   Motion for Summary Judgment of Defendants,
           Lieutenant Conrad Lamont, Todd Buskirk,
           Arnold Matos, John Stoffa, and the County of
           Northampton, which motion was filed June 29,
           2015 (Document 24), together with;

       (A)   Memorandum of Law in Support of the
           Motion for Summary Judgment of
           Defendants Lieutenant Conrad Lamont,

Todd Buskirk, Arnold Matos, John Stoffa,
and the County of Northampton, together
with;

(B) Statement of Material Undisputed Facts
in Support of Defendants' Motion for
Summary Judgment (Document 25);

(2) Plaintiff's Memorandum of Law in Opposition to the
Defendants' Motion for Summary Judgment, which
memorandum was filed July 27, 2015 (Document 29),
together with;

(A) Plaintiff's Response to Defendants'
Statement of Purportedly Undisputed
Facts in Support of Their Motion for
Summary Judgment (Document 28);

(3) Defendants' Reply Brief in Further Support of
Their Motion for Summary Judgment, which reply
brief was filed August 12, 2015 (Document 32); and

4) Plaintiff's Sur-Reply in Opposition to Defendants'
Motion for Summary Judgment, which surreply was
filed September 15, 2015 (Document 40);

upon consideration of the pleadings, exhibits, depositions and
record papers; and for the reasons articulated in the
accompanying Opinion,

IT IS ORDERED that the Motion for Summary Judgment of
Defendants, Lieutenant Conrad Lamont, Todd Buskirk, Arnold Matos,
John Stoffa, and the County of Northampton is granted.

IT IS FURTHER ORDERED that plaintiff's Complaint is
dismissed.

IT IS FURTHER ORDERED that judgment is entered in favor
of defendants Todd Buskirk, Arnold Matos, John Stoffa, and the

-ii-

County of Northampton and against plaintiff Jeffrey Butler.[1]

IT IS FURTHER ORDERED that plaintiff's claims against defendants "John/Jane Doe Guards #1-X" and "John/Jane Doe Supervisors #1-X" are dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

James Knoll Gardner
United States District Judge

---

[1]     On August 17, 2015, by Stipulation of counsel for the parties (Docket Entry 34) defendant Lieutenant Conrad Lamont was dismissed from this action with prejudice.

-iii-