IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY BUTLER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-3733 |
| v. | : | |
| THE COUNTY OF NORTHAMPTON, | : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 15th day of August, 2017, after considering the defendant's motion for summary judgment and statement of material, undisputed facts (Doc. Nos. 65, 66), the plaintiff's response to the defendant's statement of facts and memorandum of law in opposition to the motion for summary judgment (Doc. Nos. 68, 69), the defendant's reply to the plaintiff's opposition (Doc. No. 70), and the various documents attached to the aforementioned filings; accordingly, and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for summary judgment (Doc. No. 65) is **GRANTED**;

2. Judgment is **ENTERED** in favor of the defendant, the County of Northampton; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.